# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: ) | | CHAPTER 13 |
| ) | | |
| BRADLEY ALAN HOUSER ) | | CASE NO. 17-61542-BEM |
| DEBTOR. ) | | |

---

| | | |
|---|---|---|
| ) | | |
| VW CREDIT, INC. ) | | |
| MOVANT, ) | | |
| ) | | CONTESTED MATTER |
| V. ) | | |
| ) | | |
| BRADLEY ALAN HOUSER ) | | |
| MARY IDA TOWNSON, TRUSTEE ) | | |
| RESPONDENTS. ) | | |
| _____) | | |

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN THAT a Motion for Relief from the Automatic Stay has been filed in the above-styled case. In the event a hearing cannot be held within thirty (30) days from the filing of the motion for relief from the automatic stay as required by 11 U.S.C. §362, Movant waives this requirement and agrees to the next earliest possible date, as evidenced by signature below. *The undersigned consents to the automatic stay (and any related co-debtor stay) remaining in effect with respect to Movant until the court orders otherwise*.

HEARING will be held **at 9:30 A.M. on January 9, 2018, in Courtroom 1402, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303.**

Your rights may be affected by the Court's ruling on these pleadings. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case (if you do not have an attorney, you may wish to consult one). If you do not want the Court to grant the relief sought in these pleadings, or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response, you must attach a certificate stating when, how and to whom (including addresses) you served the response. Mail/deliver your response so it is received by the Clerk at least two (2) business days before the hearing. The address of the Clerk's office**: Clerk, Room 1340, U.S. Courthouse, 75 Spring Street SW, Atlanta, GA 30303.**

You must also mail a copy to the undersigned at the address below.  In the event a hearing cannot be held within thirty (30) days from the filing of the motion for relief from the automatic stay as required by 11 U.S.C. §362, Movant waives this requirement and agrees to the next earliest possible date, as evidenced by signature below.  *The undersigned consents to the automatic stay (and any related co-debtor stay) remaining in effect with respect to Movant until the Court orders otherwise.*

    /s/_ Chad R. Simon
    Chad R. Simon
    Georgia Bar No. 646919
    Simon Law, LLC
    Post Office Box 80727
    Atlanta, GA 30366
    Chad@chadsimonlaw.com
    (770) 856-9046

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| BRADLEY ALAN HOUSER | ) | CASE NO. 17-61542-BEM |
| DEBTOR. | ) | |
| -------------------------------------- | | |
| | ) | |
| VW CREDIT, INC. | ) | |
| MOVANT, | ) | |
| | ) | CONTESTED MATTER |
| V. | ) | |
| | ) | |
| BRADLEY ALAN HOUSER | ) | |
| MARY IDA TOWNSON, TRUSTEE | ) | |
| RESPONDENTS. | ) | |
| | ) | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

**COMES NOW,** VW Credit, Inc. ("Movant"), a secured creditor in the above-captioned case and moves this Court to enter an order granting its request for relief from the automatic stay imposed by 11 U.S.C. § 362 and respectfully shows the Court as follows:

1. On July 3, 2017, Debtor filed a petition with the Bankruptcy Court for the Northern District of Georgia under Chapter of 13 of Title 11 of the United States Bankruptcy Code.

2. On July 30, 2015, Movant and Debtor entered into a Lease Agreement ("Lease") for the vehicle described as a 2015 AUDI A3 1.8T PRM, VIN: WAUCCGFF8F1043400 ("Collateral").

3. Upon information and belief, the approximate payoff, exclusive of legal fees and expenses incurred in the connection with the instant motion, due and owing to the Movant as of December 13, 2017 is $33,258.99.

4. Based on the NADA, the value of the Collateral is approximately $19,725.00.

5. Debtor has defaulted in payments to be made to Movant and is currently due for September 10, 2017 payment with a total delinquency of $2,779.28.

**WHEREFORE**, Movant prays the Court as follows:

1. Modify the Automatic Stay of 11 U.S.C. § 362(a) and the Co-Debtor Stay of 11 U.S.C. §1301 to permit Movant to enforce its security interest in the Collateral including but not limited to any non-bankruptcy remedies to foreclose and obtain possession.

2. Modify Rule 4001(a)(3) of the Bankruptcy Code so that it is not applicable in this case and so Movant may immediately enforce and implement this order granting relief from the automatic stay.

3. Movant specifically requests permission to communicate with the Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law; and

4. Grant Movant such other and further relief as the Court deems just and proper.

/s/Chad R.Simon
Chad R. Simon
Georgia Bar No. 646919
Simon Law, LLC
Post Office Box 80727
Atlanta, GA 30366
(770) 856-9046

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via Regular U.S. Mail and/or Electronic Mail to the parties listed on the attached service list, this 14th day of December, 2017.

**SERVICE LIST**

Bradley Alan Houser
860 Peachtree Street NE
Unit 809
Atlanta, GA 30308

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

/s/ Chad R.Simon
Chad R. Simon
Georgia Bar No. 646919
Simon Law, LLC
Post Office Box 80727
Atlanta, GA 30366
(770) 856-9046